UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Criminal Case No.07cr 1201 JM |
| Plaintiff,          ) | |
| v.          ) | Order on Joint Motion to Continue |
|          ) | Sentencing Hearing [Docket No. 27] |
| JOSEPH GUADALUPE BLANCO, JR.          ) | |
| Defendants.          ) | |

Upon the Joint Motion of counsel and for good cause being shown, the Sentencing Hearing in this matter, currently scheduled before United States District Judge Jeffrey T. Miller on November 30, 2007 is hereby continued to *January 4, 2008 at 9:00 a.m.*

IT IS SO ORDERED.

DATED: November 28, 2007

Hon. Jeffrey T. Miller
United States District Judge